UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

ENTERED
APR - 1 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN RE:

SEIZURE WARRANT         MAGISTRATE NO.  2:10-mj-00037

<u>O R D E R</u>

Upon consideration of the United States Motion to Seal/File Redacted Documents, it is hereby

**ORDERED** that the Exhibit A (Items to be Seized, listing of patient names), the "Return," and the Affidavit in Support of the Application for a Search and Seizure Warrant, be sealed, and that redacted versions of these documents be filed.

Entered: April 1, 2010

_____
HONORABLE MARY E. STANLEY
United States Magistrate Judge