# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

FILED

APR -1 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 2:10-mj-00037 |
| The patient records located, on March 2, 2010, in a safe at 35 West Third Avenue, Williamson, WV | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___West Virginia___
*(identify the person or describe the property to be searched and give its location)*:
the patient records located, on March 2, 2010, in a safe at 35 West Third Avenue, Williamson, West Virginia - See Exhibit A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
the patient records identified in Exhibit A hereto

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___March 9, 2010___
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ___Mary E. Stanley___ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ___March 2, 2010 6:20 pm___   ___Mary E. Stanley___
                                                       *Judge's signature*

City and state: ___Charleston, WV___   ___Mary E. Stanley, United States Magistrate Judge___
                                          *Printed name and title*

*Redacted Return*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:10-mj-00037 | Date and time warrant executed: 3/2/10 7:00 PM | Copy of [redacted] inventory left with: Myra Miller on 3/2/10 * |

Inventory made in the presence of:
S/A MARY ANN WITHROW DHS OIG + S.A. James F. Lafferty II, FBI

Inventory of the property taken and name of any person(s) seized:

PATIENT RECORDS IN THE NAMES OF [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted] FROM SAFE AT CLINIC, MOUNTAIN MEDICAL CARE CENTER LLC @ 35 WEST THIRD AVENUE WILLIAMSON, WV

* COPY OF WARRANT SENT TO John Wooten, ESQ. Counsel for Myra Miller on 3/9/10

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/9/2010

_____
Executing officer's signature

SA James F Lafferty II, FBI
Printed name and title

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 27 |
| **Photo #:** | | **Locator Code:** | K |
| **Description:** | Seized Per Warrant | | |

| | |
|---|---|
| **Key Word:** | Patient Files |
| **Location:** | Safe Room |
| **Found:** | Safe |
| **Locating Investigator:** | Dominc Grant And Mark Armstrong |
| **Evidence Custodian:** | Jim Lafferty |
| **Evidence Logger:** | Mary Ann Withrow |

EXHIBIT A

Items to be seized:

Patient records located, on March 2, 2010, in a safe at the medical practice known as Mountain Medical Care Center, LLC, Williamson Wellness Center and possibly "Katherine Hoover Internal Medicine" at 35 West Third Avenue, Williamson, Mingo County, West Virginia:

  a.
  b.
  c.
  d.
  e.
  f.
  g.
  h.