UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA



IN THE MATTER OF THE SEARCH OF:

KATHERINE A. HOOVER MD
35 West Third Ave.
116 West Second Ave.
Williamson, W.Va.
Wes Banco
Charleston, W.Va.

CASE NO. 2:10MJ 37
and relevant case numbers
28 through 36

## MOTION TO UNSEAL THE CASE

NOW COMES Katherine A. Hoover MD, pro se, and hereby requests that the Court unseal the entire case except patient records. The autopsy photographs were made public at the Jail Oversight Committee meeting and during the law suit filed by Mr. Vincent's family in Harrison County.

WHEREFORE, KATHERINE A. HOOVER MD respectfully requests that this Case be unsealed and open for public oversight.

Respectfully submitted,

*Katherine A. Hoover MD*

Katherine A. Hoover MD
c/o Dr. Norman Gay
PO Box N 3222
247 West Bay Street
Nassau, N.P., Bahamas
fax: 242-328-4014
phone: 242-525-4018

**FedEx. International Air Waybill**
Express

**1 From**
Date

Sender's Name: Katherine Hoou    Phone: 242-525-4018
Company: c/o Dr. Norman Gay
Address: N-3222
Address: 247 West Bay St.
City: Nassau    State/Province: N.P.
Country: Bahamas

**2 To**
Recipient's Name: U.S. District Court    Phone: 304-347-3000
   clerk SDWV
Company: U.S. Court Bldg.
Address: Suite 2400
Address: 300 Virginia St.
City: Charleston    State/Province: W. Va
Country: USA    ZIP/Postal Code: 2530_

**3 Shipment Information**
Total Packages: 03
DIM: L/W/

Commodity Description: Docs

FedEx TRK# 8728 9956 9108
A2 INTL PRIORITY 25301 WV-US